IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD STARNES, MELANIE ALLEY,** and **ANGEL SKINNER,** individually and on behalf of all others similarly situated, | Civil Action No.: 2:23-cv-00484-MAK |
| | Honorable Mark A. Kearney |
| Plaintiffs, | |
| v. | |
| **AMAZON.COM, INC.** and **AMAZON LOGISTICS, INC.,** | |
| Defendants. | |

**JOINT STIPULATION OF EXTENSION OF TIME FOR DEFENDANTS
TO ANSWER, PLEAD, OR OTHERWISE RESPOND TO THE COMPLAINT**

Subject to the approval of the Court, Plaintiffs Richard Starnes, Melanie Alley, and Angel Skinner ("Plaintiffs") and Defendants Amazon.com, Inc. and Amazon Logistics, Inc. ("Defendants"), by and through their undersigned counsel of record, hereby stipulate to the following:

WHEREAS, Plaintiffs filed their Complaint on February 7, 2023 (*see* ECF No. 1); and

WHEREAS, the Parties have entered into a Settlement Agreement that resolves the claims alleged in this matter; and

WHEREAS, Plaintiffs filed an Unopposed Motion for Approval of FLSA Collective Action Settlement Agreement on March 22, 2023 (*see* ECF No. 10) (the "Approval Motion"); and

WHEREAS, the Court granted Plaintiffs leave to file a supplement in support of the Approval Motion by April 11, 2023, which date the Court subsequently extended to April 21, 2023 (*see* ECF Nos. 11, 13); and

WHEREAS, Defendants' deadline to respond to the Complaint is currently May 1, 2023 (*see* ECF No. 14); and

WHEREAS, in light of the agreement to resolve the claims alleged in this matter and the fact that an order granting the Approval Motion would obviate the need for Defendants to respond to the Complaint, the Parties agree that Defendants should not be required to answer, plead, or otherwise respond to the Complaint until after the Court rules on the Approval Motion and then only if the Court does not grant the Approval Motion;

IT IS HEREBY stipulated and agreed by and between Plaintiffs and Defendants that Defendants' deadline to respond to the Complaint should be stayed until such time as the Court enters an Order on the Approval Motion, and Defendants' answer, pleading, or other response to the Complaint shall be due 30 days after such Order if the Order does not result in approval of the settlement and termination and dismissal of the case.

## IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

Dated: April 13, 2023

/s/ Sarah R. Schalman-Bergen
Sarah R. Schalman-Bergen (PA 206211)
Krysten Connon (PA 314190)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
Tel.: (617) 994-5800
Fax: (617) 994-5801
ssb@llrlaw.com
kconnon@llrlaw.om

Ryan Allen Hancock (PA 92590)
WILLIG, WILLIAMS & DAVIDSON
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
Tel.: (215) 656-3600
Fax: (215) 567-2310
rhancock@wwdlaw.com

/s/ Richard G. Rosenblatt
Richard G. Rosenblatt (PA 59096)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market St.
Philadelphia, PA 19103-2921
Tel.: (215) 963-5000
Fax: (215) 963-5001

*Attorneys for Defendants Amazon.com, Inc. and Amazon Logistics, Inc.*

Michaela Wallin*
Alexandra K. Piazza (PA 315240)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3000
Fax: (215) 875-4620
mwallin@bm.net
apiazza@bm.net

*pro hac vice*

*Attorneys for Plaintiffs and the Proposed FLSA Collective*

## **ATTESTATION REGARDING CONCURRENCE**

In accordance with the Court's Local Rules and the Clerk's ECF Attorney User Manual for Civil Cases, I, Richard G. Rosenblatt, counsel for Defendants, attest that each other signatory listed above has concurred in this filing.

*/s/ Richard G. Rosenblatt*
Richard G. Rosenblatt

**APPROVED AND SO ORDERED** this _____ day of _____, 2023

                                                        **BY THE COURT:**

                                                        Mark A. Kearney, U.S.D.J.