IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD STARNES, MELANIE ALLEY, ANGEL SKINNER | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-484 |
| | : | |
| AMAZON.COM, INC., AMAZON LOGISTICS, INC. | : | |

## ORDER

AND NOW, this 8th day of May 2023, upon considering Plaintiffs' unopposed Motion to approve a settlement agreement under the Fair Labor Standards Act (ECF Doc. No. 10), supporting Memorandum (ECF Doc. No. 10-1), Plaintiffs' counsels' Declarations (ECF Doc. Nos. 10-4, 10-5, 10-6), Supplemental Memorandum and Declarations (ECF Doc. Nos. 17, 18, 19, 20, 21, 22, 25), having found the settlement agreement (ECF Doc. No. 10-3) represents a fair and reasonable settlement of a *bona fide* dispute between the parties under the Fair Labor Standards Act including payment of reasonable attorney fees to Plaintiffs' counsel with necessary and limited costs and the settlement agreement otherwise furthers the Act's implementation in the workplace except the amount of the service award and overbroad release does not further the Act's implementation as more fully detailed in today's accompanying Memorandum, it is **ORDERED** Plaintiffs' unopposed Motion (ECF Doc. No. 10) is **DENIED** without prejudice to Plaintiffs moving for approval with a revised settlement agreement mindful of our concerns and without affecting the parties' obligations under our April 14, 2023 Order (ECF Doc. No. 16).



KEARNEY, J.